1

2

**UNITED STATES DISTRICT COURT**

3

**NORTHERN DISTRICT OF CALIFORNIA**

4

5

6

NATIONAL EDUCATION ASSOCIATION,
CALIFORNIA TEACHERS ASSOCIATION,
SHANE HEIMAN, KWYNN UYEHARA, &
STEPHANIE PORTILLA

Case No.: 18-cv-5173

7

        Plaintiffs,

8

vs.

**JOINT PROPOSED BRIEFING
SCHEDULE**

9

10

BETSY DEVOS, *in her official capacity as
Secretary of Education*, & UNITED STATES
DEPARTMENT OF EDUCATION,

11

        Defendants.

12

13

        Pursuant to the Court's December 17, 2018 Order (ECF No 31), the parties have

14

conferred on a proposed schedule for next steps in this case and submit this update to the Court.

15

        The parties have agreed that the Defendants will file the administrative record on or

16

before January 3, 2019.  No later than January 9, 2019, Plaintiffs will inform the Court and

17

18

opposing counsel whether they plan to refile their motion for summary judgment or whether they

19

will proceed with their motion for summary judgment filed on October 23, 2018 (ECF 20).  The

20

parties propose two alternative schedules as outlined below, contingent on Plaintiffs' January 9,

21

2019 notice.

22

23

**Schedule A (if Plaintiffs file notice to Court that they <u>will not</u> refile motion for summary
judgment on January 9)**

24

25

26

27

28

| Event | Deadline |
|---|---|
| Defendants' Consolidated Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | January 17, 2019 |
| Plaintiffs' Consolidated Reply to their Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment | February 7, 2019 |

JOINT PROPOSED BRIEFING SCHEDULE; Case No. 18-cv-5173                - 1 -

| | |
|---|---|
| Defendants' Reply to their Motion for Summary Judgment | February 19, 2019 |

**Schedule B (If Plaintiffs file notice to Court that they <u>will</u> refile motion for summary judgment on January 9)**

| Event | Deadline |
|---|---|
| Plaintiff's Motion for Summary Judgment | January 17, 2019 |
| Defendants' Consolidated Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | February 7, 2019 |
| Plaintiffs' Consolidated Reply to their Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment | February 19, 2019 |
| Defendants' Reply to their Motion for Summary Judgment | March 5, 2019 |

The parties have agreed to stay Defendants' obligation to file an answer until resolution of the parties' motions for summary judgment.

Dated: December 20, 2018

Respectfully submitted,

*/s/ Martha U. Fulford*
Martha U. Fulford *pro hac vice*
Daniel A. Zibel *pro hac vice*
National Student Legal Defense Network
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
martha@nsldn.org
(202) 734-7495
Attorneys for Plaintiffs

JOSEPH H. HUNT
Assistant Attorney General

ALEX G. TSE
United States Attorney

MARCIA BERMAN
Assistant Branch Director

*/s/ Stuart J. Robinson*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STUART J. ROBINSON, CA Bar No. 267183
R. CHARLIE MERRITT
Trial Attorneys
KAREN S. BLOOM Senior Counsel
United States Department of Justice Civil Division,
Federal Programs Branch 450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*