JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MARCIA BERMAN
Assistant Branch Director
KAREN S. BLOOM
Senior Counsel
STUART J. ROBINSON, CA Bar No. 267183
R. CHARLIE MERRITT
Trial Attorneys
U.S. Department of Justice, Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102
Phone: (415) 436-6635; Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BETSY DEVOS, in her official capacity as Secretary of Education, et al., <br><br> Defendants. | Case No. 3:18-cv-05173-LB <br><br> **STIPULATION TO VACATE THE DEADLINE RELATED TO THE CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Pursuant to Civil Local Rules 6-2 and 7-12, Defendants Betsy DeVos, in her official capacity as Secretary of Education, and the Department of Education, and Plaintiffs National Education Association ("NEA"), California Teachers Association ("CTA"), Shane Heiman, Kwynn Uyehara, and Stephanie Portilla, hereby file this stipulated request to vacate the deadline related to the case management statement and the case management conference pending

resolution of the parties' cross-motions for summary judgment. In support thereof, the parties state as follows.

1. Plaintiffs' Complaint challenges the Department's rule delaying the effective date of a 2016 regulation regarding state authorization. *See* Compl., ECF No. 1. Plaintiffs bring their action pursuant to the Administrative Procedure Act. *Id.* ¶¶ 98-101.

2. Plaintiffs moved for summary judgment on October 23, 2018. ECF No. 20. On January 3, 2019, Defendants produced the administrative record. ECF No. 37. Defendants opposed Plaintiffs' motion for summary judgment and cross-moved for summary judgment on February 4, 2019. ECF No. 41. Plaintiffs' consolidated reply to their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment is due on or before February 25, 2019, and Defendants' reply to their motion for summary judgment is due on or before March 11, 2019. ECF No. 42. A hearing on the parties' cross-motions for summary judgment has been set for April 11, 2019. *Id.*

3. On February 4, 2019, the clerk issued a notice providing that the parties' case management statement is due by April 4, 2019, and that an initial case management conference has been set for April 11, 2019. *Id.*

4. The parties expect that this case will be resolved on the basis of the parties' cross-motions for summary judgment. *See, e.g.*, *San Joaquin River Grp. Auth. v. Nat'l Marine Fisheries Serv.*, 819 F. Supp. 2d 1077, 1084 (E.D. Cal. 2011) ("[I]n a case involving review of a final agency action under the [APA] . . . summary judgment becomes the mechanism for deciding, as a matter of law, whether the agency action is supported by the administrative record and otherwise consistent with the APA standard of review.") (citation omitted). Accordingly, the parties believe that the preparation of a case management statement and a case management conference would not be an efficient use of the resources of the parties or the Court. The parties therefore request that the Court vacate the deadline related to the case management statement and the case management conference pending resolution of the parties' cross-motions for summary judgment.

5. This stipulation would not otherwise affect the schedule for this case, including the hearing on the parties' cross-motions for summary judgment that has been set for April 11, 2019.

Dated: February 21, 2019          Respectfully submitted,

         JOSEPH H. HUNT
         Assistant Attorney General

         DAVID L. ANDERSON
         United States Attorney

         MARCIA BERMAN
         Assistant Branch Director

         */s/ Stuart J. Robinson*
         STUART J. ROBINSON, CA Bar No. 267183
         R. CHARLIE MERRITT
         Trial Attorneys
         KAREN S. BLOOM
         Senior Counsel
         United States Department of Justice
         Civil Division, Federal Programs Branch
         450 Golden Gate Ave.
         San Francisco, CA 94102
         Tel: (415) 436-6635
         Fax: (415) 436-6632
         Email: stuart.j.robinson@usdoj.gov

         *Counsel for Defendants*


         */s/ Daniel A. Zibel*
         Daniel A. Zibel *pro hac vice*
         Martha U. Fulford *pro hac vice*
         National Student Legal Defense Network
         1015 15th Street N.W., Suite 600
         Washington, D.C. 20005
         martha@nsldn.org
         (202) 734-7495

         *Counsel for Plaintiffs*

         Laura P. Juran (Cal. Bar No. 199978)

Brian Schmidt (Cal. Bar No. 265937)
California Teachers Association
1705 Murchison Drive
Burlingame, CA 94010
LJuran@cta.org
BSchmidt@cta.org
(650) 552-5413

*Counsel for Plaintiff California Teachers Association*

Eric Harrington (Cal. Bar No. 257178)
National Education Association
1201 16th Street NW
Washington, D.C. 20036
eharrington@nea.org
(202) 822-7018

*Counsel for Plaintiff National Education Association*

## ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Stuart J. Robinson, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 21, 2019

By: */s/ Stuart J. Robinson*
STUART J. ROBINSON

## **[PROPOSED] ORDER APPROVING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                                                  Honorable Laurel Beeler
                                                  United States Magistrate Judge