UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BETSY DEVOS, et al., <br><br> Defendants. | Case No. 18-cv-05173-LB <br><br> **JUDGMENT** |

On April 26, 2019, the court granted the plaintiffs' motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby ENTERS judgment in favor of plaintiffs the National Education Association, the California Teachers Association, Shane Heiman, Kwynn Uyehara, and Stephanie Portilla, and against defendants Betsy DeVos in her official capacity as Secretary of Education and the U.S. Department of Education. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 26, 2019

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 18-cv-05173-LB