JOSEPH H. HUNT
Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
STUART J. ROBINSON, CA Bar No. 267183
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Phone: (415) 436-6635; Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BETSY DEVOS, in her official capacity as Secretary of Education, et al., <br><br> Defendants. | Case No. 3:18-cv-05173-LB <br><br> **NOTICE OF APPEAL** |

On April 26, 2019, the Court granted Plaintiffs' motion for summary judgment, ECF No. 50 ("Order"), and entered judgment in favor of Plaintiffs, ECF No. 51. Defendants hereby appeal the Court's Order to the United States Court of Appeals for the Ninth Circuit.

Dated: June 24, 2019                    Respectfully submitted,

                                              JOSEPH H. HUNT
                                              Assistant Attorney General

                                              MARCIA BERMAN
                                              Assistant Branch Director

                                              */s/ Stuart J. Robinson*
                                              STUART J. ROBINSON, CA Bar No. 267183
                                              Trial Attorney
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              450 Golden Gate Ave.
                                              San Francisco, CA 94102
                                              Tel: (415) 436-6635
                                              Fax: (415) 436-6632
                                              Email: stuart.j.robinson@usdoj.gov

                                              *Counsel for Defendants*

*National Education Association, et al. v. DeVos, et al.*, Case No. 3:18-cv-05173-LB
Notice of Appeal